HELEN MARX, Appellant, v. JACK VON TILZER, Defendant, Impleaded with ISABEL B. VON TILZER, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK HARAGO, Respondent, v. FRANK BARTOS and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PEASE & ELLIMAN, INC., Appellant, v. EIGHTY-FOUR WILLIAM STREET CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSBRO REALTY CORPORATION, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Determination affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of WAI TZUN SILK COMPANY, LTD., Respondent, against SILK MANUFACTURERS CORPORATION, Appellant, for an Order Confirming the Supplemental Award of the Arbitrators Herein.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERNEST D. BARRETT and Others, Appellants, v. SILVERMAN MELTZER PERLMAN CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT HAAS, Respondent, v. SAMUEL LEIBEL, Defendant, Impleaded with JEANETTE LEIBEL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE LUISI INVESTIGATION COMPANY, INC., Respondent, v. HERBERT L. KAMBER and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

T. HOGAN & SONS, INC., Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NATIONAL SURETY COMPANY, Respondent, v. THE PEOPLES NATIONAL BANK and Others, Appellants, Respondents, and JOHN MASSE and ADAM MARKOSKI, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.